Paul Jones, Respondent, v. Annette Jones, Appellant.— Judgment affirmed. No opinion.

John Brown, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs, on the opinion of the court below. (Reported in 57 Misc. Rep. 433.)

William K. Gilchrist, as Trustee in Bankruptcy of the Estate of Simon J. O'Neil, Appellant, v. Simon J. O'Neil, Defendant, Impleaded with Jacob Gerhard Lang and Bertha Lang O'Neil, Respondents.— Judgment affirmed, with costs. No opinion.

Adolph G. Hupfel, Transacting Business as A. Hupfel's Sons, Appellant, v. Boston Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion.

Amelia Ritter, Respondent, v. The Grand Lodge of the Ancient Order of United Workmen of the State of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.

Frank L. Perley, Appellant, v. Lee Shubert, Respondent.— Judgment and order affirmed, with costs. No opinion.

James W. Tucker, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

George E. Waddill, Respondent, v. New York City Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500, in which event, judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Mary E. Osborne, Appellant, v. Daniel O'Neil, as Administrator, etc., of Dennis C. O'Neil, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion.

Domenico Sclucci, Administrator, etc., of Paulo Sclucci, Deceased, Respondent, v. James J. Duffy, Appellant.— Judgment affirmed, with costs. No opinion. McLaughlin, J., dissenting on the authority of *Cullen* v. *Norton* (126 N. Y. 1).

Compagnie Commerciale des Colonies (Société Anonyme), Respondent, v. Adolph W. Brunn, Appellant.— Judgment and order affirmed, with costs. No opinion.

Joseph C. Cohen, Appellant, v. Sun Insurance Office, Respondent.—Judgment and order affirmed, with costs. No opinion.

Robert Entwistle, Appellant, v. John Diehl, Doing Business under the Name of Diehl Construction Company, and Abraham Silverson, Respondents.— Judgment affirmed, with costs. No opinion. Patterson, P. J., and Houghton, J., dissenting.

Charles Hughes, Respondent, v. John Peirce and Interborough Rapid Transit Company, Appellants.— Judgment and orders affirmed, with costs. No opinion.

Emil Weil and Others, Respondents, v. Central Vermont Railway Company and Grand Trunk Railway Company of Canada, Appellants.— Judgment reversed as against the weight of evidence, new trial ordered before another

referee, costs to appellant to abide event. No opinion. Clarke, J., dissenting. Settle order on notice.

Max Blum, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order affirmed, with costs. No opinion.